# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HIGH PERFORMANCE REAL ESTATE | ) | Case No. 09-27266 HRT |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| DAVID E. LEWIS, as Chapter 7 Trustee | ) | Adversary No.11-1577 HRT |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| E. CLARK RILEY | ) | |
| JUDITH A. RILEY | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT**

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on 2/15/2013 and the relevant responses and replies thereto, if any. Accordingly it is

**ORDERED THAT** pursuant to D.C.COLO.LR.CIV.84.1, the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the U.S. District Court for further action.

Dated: March 12, 2013.    BY THE COURT:

*Howard Tallman*
United States Bankruptcy Court Judge